|   |   |
|---|---|
| 1 | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES BILBREY, | ) Case No. EDCV 08-857-VAP |
|---|---|
| Plaintiff, | ) (RZx) |
| v. | ) **JUDGMENT** |
| VALCELUBALD TABI NDENGE, an individual; AMERICAN EXPRESS COMPANY; CITADINES PLACE D'ITALIE; and DOES 1 through 25, inclusive, | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated:  October 1, 2008              _____
                                     VIRGINIA A. PHILLIPS
                                     United States District Judge